

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00634-CV

**IN THE INTEREST OF A.B.R.**, B.R., Jr., and M.L.R., Children

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02368
Honorable Dick Alcala, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we REVERSE the part of the trial court's August 21, 2018 order that terminates B.R.'s parental rights to the children. We RENDER judgment denying the Department of Family and Protective Services' request to terminate B.R.'s parental rights to the children. Because B.R. is indigent, no costs of this appeal are assessed.

SIGNED January 23, 2019.

_____
Luz Elena D. Chapa, Justice